Barbara WAXMAN, Plaintiff—
Appellee,

v.

FOUR OAKS RESTAURANT; Verdugo
Restaurant Partners, a California lim-
ited partnership; Kevin P. Coyne;, De-
fendants—Appellants,

John R. Allen, Defendant–counter–
claim–3rd–party–plaintiff—
Appellee,

v.

Lawrence M. Braun, Third-party-
defendant—Appellant.

No. 01–56751.

D.C. No. CV–95–03715–RAP.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 9, 2002.

Decided Oct. 29, 2002.*

Before HUG, BRUNETTI, and
O'SCANNLAIN, Circuit Judges.

MEMORANDUM **

Verdugo Restaurant Partners ("VRP"),
Lawrence Braun and Kevin Coyne appeal
from the grant of summary judgment in
favor of appellee John Allen. They argue
on appeal that the district court erred in
three of its findings: (1) that the lease
required VRP, and not Allen, to make the
ADA-mandated repairs to the property;
(2) that the lease required VRP to indem-
nify Allen under the lease; and (3) that
Braun and Coyne could be held personally
liable for the costs of indemnifying Allen.

After careful consideration of the issues
presented on appeal, both in the briefs and
in oral argument, and having conducted a
de novo review of the grant of summary
judgment, we agree with the analysis and
conclusions reached by the district court in
its order granting and denying the motions
for summary judgment entered August 10,
2001.

The judgment is hereby AFFIRMED.

---

* Opinion amended and superseded by —— F.3d
——, 2002 WL 31689122.

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

